UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ray E. Hall, et al., | ) | CASE NO. 4:23CV257 |
| Plaintiff(s) | ) | |
| | ) | ORDER |
| v. | ) | |
| Norfolk Southern Railway Co., et al., | ) | |
| Defendant(s). | ) | |

Pursuant to Local Rule 3/1(b)(4) and with the agreement of both the transferor and transferee judges, the above-captioned case is transferred to the docket of Judge Benita Y. Pearson, United States District Court for the Northern District of Ohio as related to case 4:23CV242.

IT IS SO ORDERED.

Date: March 1, 2023

   s/John R. Adams
Judge John R. Adams
U.S. District Judge

  s/Benita Y. Pearson
Judge Benita Y. Pearson
U.S. District Judge